

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/20/07]

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2007

**VIA FACSIMILE**
Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Randy Wilson,
07 Cr. 718 (DC)

Dear Judge Chin:

The parties in the above-captioned matter are scheduled to appear before the Court on Thursday, August 30, 2007, at 4:00 p.m., for an initial pre-trial conference. In the meantime, the parties are discussing a possible disposition, and the Government has begun preparing discovery under Rule 16 of the Federal Rules of Criminal Procedure. The Government thus respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act from today until August 30, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Sharon E. Frase
Assistant United States Attorney

cc: Roland Thau, Esq.

Application GRANTED. The time until 8/30/07 is excluded for speedy trial purposes in the interest of justice and in light of the parties' discussions. SO ORDERED.

8/20/07

TOTAL P.002