

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 27, 2008

**BY FACSIMILE**

The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

Re:  United States v. Randy Wilson, a/k/a "John Blacklow"
     07 Cr. 718

Dear Judge Chin:

I write regarding the court appearance that was previously scheduled in the above-referenced matter for Friday, February 29, 2008, at 12:30 p.m., and which has been rescheduled for March 17, 2008 at 2:00 p.m. The Government respectfully requests that the time period from February 29 until March 17 be excluded from the calculation under the Speedy Trial Act, on the basis that the interests of justice in such an exclusion outweigh the interests of the defendant and the public in a speedy trial. I have spoken with defense counsel, Richard Jasper, Esq., who consents to the relief requested in this letter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jason B. Smith
Assistant United States Attorney
(212) 637-1026
(212) 637-2527 (fax)

*Handwritten annotation:*
Application GRANTED.
The time until 3/17/08
is excluded in the
interest of justice.

SO ORDERED,
[signature]
USDJ 2/27/08