```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    ECF CASE

     - v.-                        :    NOTICE OF APPEARANCE
                                       AND REQUEST FOR
RANDY WILSON,                     :    ELECTRONIC NOTIFICATION
   a/k/a "John Blacklow,"
                                  :    07 Cr. 718 (DC)
            Defendant.
                                  :

- - - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the United States and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York

                   By: /s/ Jason B. Smith
                        Jason B. Smith
                        Assistant United States Attorney
                        (212) 637-1026

TO:   Richard Jasper, Esq. (By ECF)