PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the

### SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Wilson, Randy

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

Docket No. 07-CR-718

Petition for Action on Conditions of Pretrial Release

    COMES NOW Xiomara M. Rojas, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Wilson, Randy, who, having been charged with Aggravated Identity Theft, was placed under pretrial release supervision by the Honorable Douglas F. Eaton sitting in the Court at SDNY-500 PEARL St., on 4/21/07, under the following conditions:

$50,000 PRB, co-signed by two financially responsible people; travel restricted to the Southern/Eastern Districts of New York and the District of New Jersey; regular PSA Supervision; surrender all travel documents and make no new applications. The defendant is being supervised in the District of New Jersey where he resides.

On 4/15/08, the defendant appeared before Your Honor and pled guilty to charges of bank fraud. The defendant was continued on bond as previously set and a Pre-sentence report was ordered. Defendant is awaiting sentencing set for 8/11/08.

    Respectfully presenting petition for action of the Court and for cause as follows:

That the Court modify the defendant's bail conditions to include the conditions of drug testing and treatment under the guidance of PSA as the defendant tested positive for cocaine when he met with the Probation Department during his pre-sentence interview on 5/28/08 (results were obtained on 6/11/08.

PSA has spoken with AUSA Michael Smith and Defense Counsel, Richard Jasper and they have no objections to the modification.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BAIL CONDITIONS BE MODIFIED TO INCLUDE DRUG TESTING AND TREATMENT UNDER THE GUIDANCE OF PRETRIAL SERVICES.**

| ORDER OF COURT | Respectfully submitted, |
|---|---|
| Considered and ordered this 28th day of July, 2008 and ordered filed and made a part of the records in the above case. | *(signature)*<br>Xiomara M. Rojas<br>U.S. Pretrial Services Officer |
| *(signature)*<br>Honorable Denny Chin<br>U.S. District Judge | Place: New York, N.Y.<br><br>Date: July 14, 2008 |